UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TONIA JACKSON and KENNETH JACKSON,<br><br>  Plaintiffs,<br>v.<br><br>CREDIT SYSTEMS INTERNATIONAL, INC. and ST. LUKE'S HOSPITAL AT THE VINTAGE,<br><br>  Defendants. | Case No.  4:19-cv-03279<br><br>Honorable Judge Sim Lake |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs TONIA JACKSON and KENNETH JACKSON, and the Defendants, CREDIT SYSTEMS INTERNATIONAL, INC. and ST. LUKE'S HOSPITAL AT THE VINTAGE, through their respective counsel that the above-captioned action is dismissed, with prejudice, against CREDIT SYSTEMS INTERNATIONAL, INC. and ST. LUKE'S HOSPITAL AT THE VINTAGE, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 17, 2020                                   Respectfully Submitted,

| | |
|---|---|
| **TONIA JACKSON and KENNETH JACKSON** | **ST. LUKE'S HOSPITAL AT THE VINTAGE** |
| /s/ Nathan C. Volheim<br>Nathan C. Volheim<br>*Counsel for Plaintiffs*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax :(630) 575-8188 | /s/ Matthew Frontz (*with consent*)<br>Matthew Frontz<br>*Counsel for St. Luke's Hospital*<br>Polsinelli, P.C.<br>1000 Louisiana St., Suite 6400<br>Houston, Texas 77002<br>Phone: (713) 374-1600<br>mfrontz@polsinelli.com |

nvolheim@sulaimanlaw.com

**CREDIT SYSTEMS INTERNATIONAL INC.**

/s/ Robbie Malone
Robbie Malone
*Counsel for Credit Systems International Inc.*
Malone, Frost Martin PLLC
8750 North Central Expressway
NCX Building, Suite 1850
Dallas, Texas 75231
Phone: (214) 346-2630
rmalone@mamlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ *Nathan C. Volheim*
Nathan C. Volheim