United States District Court
Southern District of Texas
**ENTERED**
September 17, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Tonia Jackson, et al, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-3279 |
| | § | |
| Credit Systems International, Inc., et al, | § | |
| Defendants. | § | |

## O R D E R

In accordance with the Agreed Stipulation of Dismissal with Prejudice filed on September 17, 2020 (docket entry no. 43), this action is hereby **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas, on this 17th day of September, 2020.

SIM LAKE
UNITED STATES DISTRICT JUDGE